## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | **CRIMINAL NO. 17-CR-094 (BAH)** |
| | § | |
| **VS.** | § | |
| | § | |
| **JUAN MANUEL ABOUZAID** | § | |
| **EL BAYEH,** | § | |
| **Defendant.** | § | |
| | § | |

_____

## NOTICE OF APPEARANCE

Defendant Juan Manuel Abouzaid El Bayeh hereby informs the Clerk of the

Court and all parties of record that Erik R. Sunde, of 912 Prairie Street, Suite 100,

Houston, Texas, 77098, U.S. District Court for the District of Columbia Bar No.

TX0073, has been retained and hereby enters his appearance as attorney of record for

Mr. Abouzaid.

Respectfully submitted,

_*/s/ Erik R. Sunde*_
ERIK R. SUNDE
ATTORNEY AT LAW
TX0073
912 PRAIRIE ST., STE. 100
HOUSTON, TEXAS 77002
(713) 600-1800 (TEL)
(713) 600-1840 (FAX)
erikrsundelaw@gmail.com
COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, Erik R. Sunde, hereby certify that a copy of the foregoing Notice of Appearance has been served electronically upon Ms. Kate M. Naseef, USDOJ, and Mr. Jonathan R. Hornok, USDOJ by the Court's CM/ECF electronic mail delivery service on this 26th day of April, 2024.

 /s/ *Erik R. Sunde*
ERIK R. SUNDE