**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-CR-094 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **JUAN MANUEL ABOUZAID EL BAYEH,** | : | |
| | : | |
| **also known as "El Escorpion," "El Hermano," "Nene," and "El Arabe,"** | : | |
| | : | |
| **Defendant.** | : | |

---

**JOINT MOTION TO SCHEDULE SENTENCING HEARING**

The parties respectfully submit this Joint Motion. The Defendant entered a plea of guilty on August 15, 2024. The parties request that the Court set this case for sentencing on or after January 17, 2025.

Respectfully Submitted By:

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

*/s/ Erik R. Sunde*                         */s/ Kate Naseef*
Erik R. Sunde                               Kate Naseef
912 Prairie Street                          Trial Attorney
Suite 100                                   Narcotic and Dangerous Drug Section
Houston, TX 77002                           Criminal Division
Tel:   (713) 600-1800                       U.S. Department of Justice
Email: erikrsundelaw@gmail.com              145 N Street, NE
*Counsel for the Defendant*                 Washington, D.C. 20530
                                            Tel.:   (202) 353-8810
                                            Email: Kate.Naseef@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 20th day of September 2024.

*/s/ Kate Naseef*
Kate Naseef
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice