**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | **CRIMINAL NO. 17-CR-094 (BAH)** |
| | § | |
| **VS.** | § | |
| | § | |
| **JUAN MANUEL ABOUZAID** | § | |
| **EL BAYEH,** | § | |
| **Defendant.** | § | |

_____

**UNOPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION AND THE GOVERNMENT'S RESPONSES THERETO AND FOR CONTINUANCE OF SENTENCING DATE**

**TO THE HONORABLE BERYL A. HOWELL, UNITED STATES DISTRICT COURT JUDGE, DISTRICT OF COLUMBIA:**

Defendant Juan Manuel Abouzaid El Bayeh files this his unopposed motion to extend the deadline for the filing of objections to the Presentence Investigation Report (PSR) in this matter as well as the deadline for filing any responses to the responses filed by the Government to the PSR. In addition, Mr. Abouzaid El Bayeh respectfully requests that the Court continue the sentencing date in this matter and avers that the Government is unopposed to such a continuance. In support thereof, undersigned counsel states as follows:

1.     Sentencing in this matter is currently scheduled for January 31,

2025. The initial PSR has been provided to undersigned counsel.

2. On November 13, 2024, undersigned counsel was diagnosed with Stage 2 brain cancer. Surgery at MD Anderson Cancer Center in Houston, Texas is scheduled for December 6, 2024. Counsel resides in Houston, Texas and is prohibited from traveling due to the effects of pre-operative medications as well as the impact of ongoing seizures occasioned by the brain tumor.

3. It is counsel's understanding that he may not be able to travel for several months following surgery. Undersigned counsel respectfully requests that this matter be reset on the Court's calendar by a minimum of four (4) months. Counsel has advised Mr. Abouzaid El Bayeh of his medical condition and his right to seek alternate counsel. Mr. Abouzaid El Bayeh has expressed both confidence in Counsel's abilities as well as a desire to continue with Counsel's representation in this matter. As the future is always uncertain under these circumstances, Counsel will advise the Court, the Government and Mr. Abouzaid El Bayeh if Counsel's health condition ultimately renders him unable to provide effective representation.

4. In addition to the request to continue the sentencing date in this matter, Counsel's inability to travel has made it impossible to review the PSR with Mr. Abouzaid El Bayeh who is currently detained at the DC Jail. Therefore, Mr. Abouzaid El Bayeh, by and though undersigned counsel, respectfully requests that the Court grant an extension of time for the filing of any objections to the PSR

and/or responses to any responses to the PSR that may be filed by the Government.

5.      Undersigned counsel has conferred with Department of Justice Counsel Lernik Begian and the Government is not opposed to the granting of this motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court grant a continuance of the sentencing date in this matter as well as an extension time to file any objections to the PSR and/or any responses to any responses to the PSR filed by the Government and for such other and further relief in connection therewith that is deemed proper by the Court.

Respectfully submitted,


*/SS/  Erik R. Sunde*
Erik R. Sunde
Attorney at Law
D.C. Bar No. TX0073
912 Prairie Street, Suite 100
Houston, Texas 77002
713-600-1800 (Office)
713-600-1840 (Fax)
erikrsundelaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on November 26, 2024, a true and correct copy of the above and foregoing document was served on Department of Justice Counsel Lernik Begian utilizing the Court's ECF electronic communication system.

*/SS/ Erik R. Sunde*
Erik R. Sunde

## CERTIFICATE OF CONFERENCE

This is to certify that I have communicated with Department of Justice Counsel Lernik Begian regarding the substance of this motion and the United States is unopposed to the granting of this motion.

*/SS/ Erik R. Sunde*
Erik R. Sunde